# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2553
Lower Tribunal No. 2024-CF-000897

_____

JUSTIN WAHL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Charlotte County.
Shannon H. McFee, Judge.

March 27, 2026

PER CURIAM.

AFFIRMED.  *See State v. Dortch*, 317 So. 3d 1074, 1082-84 (Fla. 2021) (holding that Florida Rule of Appellate Procedure 9.140(b)(2)(A)(ii)(c) allows a defendant who has entered a guilty or nolo contendere plea to raise on direct appeal the voluntariness of the plea but only "if preserved by a motion to withdraw plea" and "hold[ing] that there is no fundamental-error exception to the preservation requirement" of that subsection).

STARGEL, WHITE and MIZE, JJ., concur.

Wyndel G. Darville, Sarasota, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Krystle Celine Cacci, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED